IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00607-MSK-KLM

HEARTLAND BUSINESS CREDIT CORPORATION, a Missouri corporation,

　　　　Plaintiff,

v.

ABC LIQUORS, INC., d/b/a ABC FINE WINE & SPIRITS, a Florida corporation,
LIFEPOINT COMMUNITY CHURCH OF TAMPA BAY, INC., a Florida corporation, and
DYNAMIC COLOR IMAGING, INC., a Florida corporation,

　　　　Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　　This matter is before the Court on Plaintiff's **Motion to Vacate Scheduling Conference** [Docket No. 12; Filed May 14, 2009] (the "Motion").  Given that several Defendants have not answered the complaint, and Defendant Dynamic Color Imaging, Inc. has not been responsive to Plaintiff's efforts to determine its status,

　　　　IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for May 21, 2009 at 10:00 a.m. is **vacated** and **RESET** to **June 15, 2009 at 9:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  To the extent that several Defendants have not filed answers or participated in this case by the date of the Scheduling Conference, the conference shall nevertheless proceed.

　　　　The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.  Deadline for submission of the proposed scheduling order is on or before **June 10, 2009**.

　　　　Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **June 10, 2009**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

　　　　Anyone seeking entry into the Byron G. Rogers United States Courthouse must

show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated:  May 15, 2009