IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00607-MSK-KLM

HEARTLAND BUSINESS CREDIT CORPORATION, a Missouri corporation,

    Plaintiff,

v.

ABC LIQUORS, INC., d/b/a ABC FINE WINE & SPIRITS, a Florida corporation, and
DYNAMIC COLOR IMAGING, INC., a Florida corporation,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on **Plaintiff's Unopposed Motion to Modify June 15, 2009 Scheduling Order to Extend Deadline for Dispositive Motions** [Docket No. 34; Filed February 12, 2010] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The parties shall file their dispositive motions, if any, on or before **February 26, 2010**.

Dated:  February 17, 2010